UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HALEY BARTLETT,

    Plaintiff,

v.    Case No. 3:25-cv-1500-TJC-SJH

DUVAL COUNTY PUBLIC SCHOOLS,

    Defendant.

## **O R D E R**

Because Judge Schlesinger has a similar case, <u>McMath v. Duval County Public Schools, et al.</u>, 3:25-cv-1498-HES-MCR, that was filed first, pursuant to Local Rule 1.07(a)(2)(A), this case is **transferred** to the Honorable Harvey E. Schlesinger, with his consent.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of December, 2025.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:

Honorable Harvey E. Schlesinger
United States District Judge

counsel of record